UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

KENNETH C.,                                          )        Civil No. 3:26-cv-05234-JHC
                                                     )
            Plaintiff,                               )        ORDER
                                                     )
        vs.                                          )
                                                     )
COMMISSIONER OF SOCIAL SECURITY,                     )
                                                     )
            Defendant.                               )
                                                     )
                                                     )

Based on Plaintiff's Motion, Dkt. # 8, it is hereby ORDERED that the due date shall be amended as follows:

The Plaintiff shall have up to and including July 24, 2026, to file the Opening Brief.

DATED this 24th day of June 2026.

_____
John H Chun
United States District Judge

ORDER - 1